Gary Viens #
U.S.C.F AHS-4-211
P.O. Box 165300
S.L.C., Utah 84116

United States District Court of Utah

| Gary Clayton Viens Plaintiff | Motion to ammend new evidence |
| vs | |
| Nowicki M.D., et. al. Defendants | Case No. 2:22 cv-8-HCN |
| | RECEIVED US Dist Court-UT NOV 27 '23 PM 04:34 |

Motion to ammend new evidence of retaliation & resulting injury.

Gary Viens 11-21-23
Gary Viens

Case No. 2:22 cv 00008-HCN